```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION
```

| | | |
|---|---|---|
| PRINCE ABDULLAH MUJAHID, | : | PRISONER CIVIL RIGHTS |
| GDC ID 1191853, | : | 42 U.S.C. § 1983 |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:15-CV-373-TWT-ECS |
| MEDICAL DIRECTOR FORK, et al., | : | |
|     Defendants. | : | |

**FINAL REPORT AND RECOMMENDATION**

While incarcerated in Georgia, Prince Mujahid has been a prolific filer of civil rights actions, both as "Prince Mujahid" and as "Kim Little." See www.pacer.gov (searched for "Mujahid, Prince" and "Little, Kim" in region "11th Circuit"; last viewed Apr. 1, 2015). Many of his complaints have been dismissed as frivolous, and Mr. Mujahid is now subject to the "three strikes" provision of 28 U.S.C. § 1915(g). See, e.g., Mujahid v. Paul, No. 6:13-CV-18-BAE (S.D. Ga. Mar. 14, 2013) [Doc. No. 10 therein (listing "strikes")]. Nonetheless, in his Complaint in this case, Mr. Prince has sworn that he never "filed other lawsuits in federal court while incarcerated in any institution." See [Doc. No. 1 at 1]. Because Mr. Prince has "lied under penalty of perjury about the existence of [] prior lawsuit[s]," the undersigned **RECOMMENDS** that his Complaint [Doc. No. 1] be **DISMISSED WITHOUT PREJUDICE**. Rivera v. Allin, 144 F.3d 719, 723 (11th Cir. 1998), abrogated on other grounds by Jones v. Bock, 549 U.S. 199 (2007).

In the event that Mr. Mujahid files Objections to this Final Report and Recommendation, he is **ORDERED** to (A) **SHOW CAUSE** therein why he failed to disclose his litigation history and (B) **SUBMIT** with his Objections a fully-completed Affidavit in Support of Request for Permission to Proceed In Forma Pauperis, with all required information, signatures, certifications, and attachments. See 28 U.S.C. § 1915(a)(2).

Mr. Mujahid is advised that failure to comply fully with the terms of a court order is an additional basis on which his Complaint may be dismissed without prejudice. See LR 41.3A(2), NDGa.

The Clerk is **DIRECTED** to terminate the referral of this case to the undersigned.

**SO RECOMMENDED, ORDERED, AND DIRECTED**, this 2nd day of April, 2015.

*S/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

```
PRINCE ABDULLAH MUJAHID,        :    PRISONER CIVIL RIGHTS
GDC ID 1191853,                 :    42 U.S.C. § 1983
      Plaintiff,                :
                                :
      v.                        :    CIVIL ACTION NO.
                                :    1:15-CV-373-TWT-ECS
MEDICAL DIRECTOR FORK, et al.,  :
      Defendants.               :
```

**ORDER FOR SERVICE OF REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

Attached is the report and recommendation of the United States Magistrate Judge in this action in accordance with 28 U.S.C. § 636(b)(1) and this Court's Civil Local Rule 72.  Let the same be filed and a copy, together with a copy of this Order, be served upon counsel for the parties.

Pursuant to 28 U.S.C. § 636(b)(1), each party may file written objections, if any, to the report and recommendation within fourteen (14) days of service of this Order.  Should objections be filed, they shall specify with particularity the alleged error or errors made (including reference by page number to the transcript if applicable) and shall be served upon the opposing party.  The party filing objections will be responsible for obtaining and filing the transcript of any evidentiary hearing for review by the District Court.  If no objections are filed, the report and recommendation may be adopted as the opinion and order of the District Court and any appellate review of factual findings will be

AO 72A
(Rev.8/82)

limited to a plain error review.  <u>United States v. Slay</u>, 714 F.2d 1093 (11th Cir. 1983).

    The Clerk is **DIRECTED** to submit the report and recommendation with objections, if any, to the District Court after expiration of the above time period.

    **SO ORDERED,** this 2nd day of April, 2015.

                                    ***S/ E. Clayton Scofield III***
                                    E. CLAYTON SCOFIELD III
                                    UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)