IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PRINCE ABD AL-HAKIM
MUJAHID,

   Plaintiff,

    v.

FORK
Medical Director, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-373-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action under 28 U. S. C. § 1915(g). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 16 day of April, 2015.

                /s/Thomas W. Thrash
                THOMAS W. THRASH, JR.
                United States District Judge